United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS

**F I L E D**

September 1, 2010

## FOR THE FIFTH CIRCUIT

Lyle W. Cayce
Clerk

---

No. 09-10009
Summary Calendar

---

D.C. Docket No. 4:07-CV-24
D.C. Docket No. 4:00-CR-54-1

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

THOMAS REEDY,

    Defendant - Appellant



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 29 2010

CLERK, U.S. DISTRICT COURT
By _____
       Deputy

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

## JUDGMENT

    This cause was considered on the record on appeal and the briefs on file.

    It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE:

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: /s/ Rhonda Parker
       Deputy

New Orleans, Louisiana